PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Imad Perkins             Cr.: 14-00634-001
                                                                                   PACTS #: 67990

Name of Sentencing Judicial Officer:     THE HONORABLE WILLIAM H. WALLS
                                                               SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/28/2016

Original Offense: MISPRISON OF FELONY

Original Sentence: 48 months of probation

Special Conditions: Substance Abuse Testing/Treatment and Location Monitoring Program

Type of Supervision: Probation                          Date Supervision Commenced: 06/28/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 28, 2016, July 20, 2016 and August 16, 2016, the offender either provided a urine sample that tested positive for THC or admitted to using marijuana and signed an Admission of Drug Use form. |

U.S. Probation Officer Action:
The offender has been referred for outpatient substance abuse counseling at the COPE Center and will also participate in the Moral Reconation Therapy Group. The offender has been informed that if he does not make a positive adjustment to these programs and does not stop using marijuana or other illicit substances, the Court will be notified for more punitive sanctioning.

                                                                                          Respectfully submitted,

                                                                                         By: Patrick Hattersley  *PH*
                                                                                             Senior U.S. Probation Officer
                                                                                             Date: 08/26/2016
                                                                                                     *kp*

Prob 12A – page 2
Imad Perkins

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
13 September 2016
Date