PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Imad Perkins  Cr.: 14-00634-001
  PACTS #: 67990

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM H. WALLS
  SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/28/2016

Original Offense: 18 U.S.C. § 4 - Misprison Of Felony

Original Sentence: 48 months probation

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Location Monitoring Program

Type of Supervision: Probation  Date Supervision Commenced: 06/28/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | 'The defendant shall not commit another federal, state, or local crime during the term of supervision.' |
| | On June 9, 2017, Perkins was arrested by the Elizabeth Police Department during an undercover drug operation where he allegedly sold the officer MDMA (mollys). He was placed under arrest and released two days later. The offender made an appearance at Union County Superior Court on July 13, 2017, for a grand jury referral and is currently under bail supervision. There is no subsequent court date scheduled at this time. |

U.S. Probation Officer Action:

We are requesting no action at this time pending resolution of the matter at the Union County Superior Court.

  Respectfully submitted,

  By: Jessica M. Alberts ͥᵐᴬ
   Senior U.S. Probation Officer
  Date: 08/03/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date